UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-0841 (PLF) |
| | ) | |
| $40,269,890.20 | ) | |
| *formerly on deposit at Union Bank of California* | ) | |
| *in the name of Shinpu and Yoko Taniguchi and* | ) | |
| *any proceeds traceable thereto*, | ) | |
| | ) | |
| Defendant *in rem*. | ) | |

ORDER AND JUDGMENT

For the reasons stated in the Memorandum Opinion issued this same day, it is

hereby

ORDERED that the United States' Motion for a Default Judgment and Decree for

Forfeiture *in Rem* [10] is GRANTED; it is

FURTHER ORDERED that the defendant property, approximately

$40,269,890.20, plus accrued interest, that was formerly on deposit at the Union Bank of

California and was voluntarily turned over to the United States by Shinpu and Yoko Taniguchi,

is declared forfeited to the United States of America, and title to the defendant property is vested

in the United States, to be disposed of in accordance with law; and that no right, title, or interest

in the defendant property shall exist in any other party; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 12, 2010